UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THYSSENKRUPP MATERIALS,
LLC,

    Plaintiff,

v.

TRIUMPH GROUP, INC. and
TRIUMPH AEROSTRUCTURES, LLC,

    Defendants.

Case No. 20-cv-11087
Hon. Matthew F. Leitman

## **JUDGMENT**

This matter having come before the Court pursuant to this Court's "Order (1) Denying Defendants' Motion to Vacate Arbitration Award (ECF No. 14); and (2) Granting Plaintiff's Motion to Confirm Arbitration Award (ECF No. 12)" dated January 26, 2022 (ECF No. 27); and the Court being otherwise fully apprised of the premises:

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff thyssenkrupp Materials, LLC, and against Defendants Triumph Group, Inc. and Triumph Aerostructures, LLC, jointly and severally, in the amount of Two Million, Eight Hundred Eighty-Six Thousand, Nine Hundred Eighteen Dollars and Sixty-Seven Cents ($2,886,918.67).

IT IS FURTHER ORDERED that Triumph Group, Inc. and Triumph Aerostructures, LLC, jointly and severally, are also ordered to pay to thyssenkrupp Materials, LLC pre-judgment interest in the amount of Thirty Two Thousand, One Hundred Ten Dollars and Twenty-Six Cents ($32,110.26) for the period between June 4, 2021 and January 26, 2022, plus an additional amount of One Hundred Sixty One Dollars and Seventy-Five Cents ($161.75), per day, for each day from January 27, 2022 through the date of entry of this Judgment.

IT IS FURTHER ORDERED that additional post-judgment interest shall accrue at the rate and in the manner provided in 28 U.S.C. § 1961 from the date of entry of this Judgment until full satisfaction.

IT IS FURTHER ORDERED THAT costs will be taxed against Defendants and in favor of the Plaintiff by the Clerk of the Court in accordance with Fed. R. Civ. P. 54(d)(1).

        KINIKIA ESSIX
        CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 28, 2022
Detroit, Michigan

Approved "as to the form only" by:

Attorney for Defendants Triumph Group, Inc.
and Triumph Aerostructures, LLC:

*/s/ Joel B. Bailey* (w/permission)
Joel B. Bailey (Tx. Bar No. 24069330)
Hedrick Kring, PLLC
1700 Pacific Ave., Suite 4650
Dallas, Texas 75201
214.880.9600
joel@hedrickkring.com

Dated: January 28, 2022


Attorney for Plaintiff thyssenkrupp Materials, LLC:

DINSMORE & SHOHL LLP

*/s/ Thomas H. Walters*
Thomas H. Walters (P51413)
Dinsmore & Shohl LLP
900 Wilshire Drive, Suite 300
Troy, Michigan 48084
248.647.6000
tom.walters@dinsmore.com

Dated: January 28, 2022